GUNNISON, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division,

Second Department. April 24, 1903.) Action by Walter B. Gunnison against the Board of Education of the City of New York.

PER CURIAM. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Form of question to be certified to be settled before Mr. Justice HIRSCHBERG.